IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| MICHAEL HASH, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 3:12-CV-0065 |
| GARY CLOSE, SCOTT JENKINS, JAMES MACK, CALVIN BRUCE CAVE, MARY PETERS DWYER, AND PAUL CARTER | ) ) ) ) ) |
| Defendants. | ) ) |

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that this action is dismissed in its entirety, with prejudice as to Defendants Gary Close, Scott Jenkins, James Mack, Calvin Bruce Cave and Mary Peters Dwyer, and without prejudice as to Defendant Paul Carter.

Dated: June 30, 2014

Respectfully Submitted,

| MICHAEL HASH | GARY CLOSE |
|---|---|
| By /s/ Matthew P. Bosher | By /s/ Elizabeth K. Dillon |
| Matthew P. Bosher, Esquire(VSB 75894) | Elizabeth K. Dillon (VSB 25989) |
| Johnathon E. Schronce, Esquire (VSB 80903) | Guynn, Memmer & Dillon, P.C. |
| Hunton & Williams, LLP | 415 S. College Ave. |
| Riverfront Plaza, East Tower | Salem, Virginia 24153 |
| 951 East Byrd Street | Telephone: (540) 387-2320 |
| Richmond, Virginia 23219 | Facsimile: (540) 389-2350 |
| Telephone: (804) 788-8200 | elizabeth.dillon@gmdlawfirm.com |
| Facsimile: (804) 788-8218 | |
| mbosher@hunton.com | |
| jschronce@hunton.com | |
| *Counsel for Plaintiff Michael Hash* | *Counsel for Defendant Gary Close* |

| SCOTT JENKINS | CALVIN BRUCE CAVE and MARY PETERS DWYER |
|---|---|
| By /s/ James M. Bowling, IV<br>James M. Bowling, IV, Esquire (VSB 14232)<br>St. John, Bowling, Lawrence & Quagliana, LLP<br>416 Park Street<br>Charlottesville, Virginia 22902<br>Telephone: (434) 296-7138<br>Facsimile: (434) 296-1301<br>jmb@stlawva.com | By /s/ Katherine C. Londos<br>Katherine C. Londos, Esquire (VSB 36848)<br>Frith, Anderson & Peake, P.C.<br>29 Franklin Road, SW<br>P.O. Box 1240<br>Roanoke, Virginia 24006-1240<br>Telephone: (540 772-4600<br>Facsimile: (540) 772-9167<br>klondos@faplawfirm.com |
| *Counsel for Defendant Scott Jenkins* | *Counsel for Defendants Calvin Bruce Cave and Mary Peters Dwyer* |

JAMES MACK

By /s/ Brian J. Brydges
Brian J. Brydges, Esquire (VSB 42883)
Johnson, Ayers & Matthews, PLC
P.O. Box 2200
Roanoke, Virginia 24009
Telephone: (540) 767-2042
Facsimile: (540) 982-1552
bbrydges@jamlaw.net

*Counsel for Defendant James Mack*

**SO ORDERED:**

_____
**HON. GLEN E. CONRAD**
**CHIEF UNITED STATES DISTRICT COURT JUDGE**

_____
**DATE**